# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>-vs-<br>LUIS MANUEL FARIAS-CARDENAS (1),<br>JOSHUA ISAAC STINE (2),<br>PATRICK ELLIOTT PEARSON (3),<br>CRISTIAN MISAEL GOMEZ (4),<br>LUIS MANUEL RAMIREZ (5),<br>ZACARIAS MARTINEZ-GARZA (6),<br>MARIANO RUIZ-BALDERAS (8),<br>AMY JO DYGERT (13),<br>MICHAEL EDWARD McLAUGHLIN, JR., (15),<br>GERARDO FARIAS-CONTRERAS (17),<br>ELICEO FARIAS-CARDENAS (18), and<br>PATRICK ELLIOTT PEARSON,<br>  Defendants. | Case Nos.  2:19-CR-0111-WFN<br>2:19-CR-0173-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:     APRIL 29, 2020<br>LOCATION: SPOKANE<br><br>**TELEPHONIC PRETRIAL AND SCHEDULING CONFERENCE** |

| | **Hon. Wm. Fremming Nielsen** | |
|---|---|---|
| Joanna L. Knutson | Heather Foe | Ronelle F. Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Caitlin A. Baunsgard | Christopher R. Black   for   (1)<br>Kent N. Doll, Jr.   for   (2)<br>Bryan P. Whitaker   for   (3)<br>  & 2:19-CR-0173-WFN-1<br>James M. Parkins   for   (4)<br>Timothy D. Trageser   for   (5) | Roger J. Peven   for   (6)<br>Karen S. Lindholdt   for   (8)<br>Nicolas V. Vieth   for   (13)<br>Frank L. Cikutovich   for   (15)<br>Mark E. Vovos   for   (17)<br>David Hammerstad   for   (18) |
| **Government Counsel** | **Defense Counsel** | |

**[ X ]  Open Court**          **[   ]  Chambers**          **[ X ]  Telecon**

Due to the current COVID-19 public health crisis, all counsel appeared via teleconference. All parties consented to this hearing being heard telephonically. No Defendants, most of whom are in custody, were present on the call but all Defendants were represented by counsel. Mr. Doll on behalf of Defendant Stine (2), was not present at the commencement of the conference call.

Roll call taken by the Court. As an initial matter, the Court noted the necessity of this hearing being held telephonically in light of the COVID-19 pandemic and that previously entered General Orders requiring social distancing will not expire until May 15, 2020.

The Court noted a current trial date of May 18, 2020, with a speedy trial timeout of May 20, 2020. The Court believes everyone will agree that the current May 18, 2020, trial date will not work. The case has previously been declared complex. The Court's intent in the hearing is to reschedule the trial date as well as set another pretrial conference.

**[ X ]  ORDER FORTHCOMING**

| **CONVENED:** 9:05 A.M. | **ADJOURNED:** 9:21 A.M. | **TIME:** 0:16 HR. | **CALENDARED** [ X ] |
|---|---|---|---|

*United States –vs- Luis Manuel Farias-Cardenas, et al.*    April 29, 2020
2:19-CR-0111-WFN and 2:19-CR-0173-WFN-1    Page 2
Telephonic Pretrial and Scheduling Conference

The Court has been advised by his staff that there are a number of Defendants whose case will resolve by entry of a change of plea, which will result in significantly fewer Defendants left for trial. The Court suggested a trial date in late September or early October, with another pretrial conference to be held in July. The Court inquired of counsel as a whole for their thoughts on the Court's suggestion.

On behalf of the Government, Ms. Baunsgard believed that the dates suggested are realistic taking into consideration the anticipated slow reopening of the court after the expiration of the current General Order. Defense counsel Vovos, Black and Parkins briefly addressed the Court regarding the dates proposed.

After discussion, the May 18, 2020, jury trial date is STRICKEN and RESET to October 5, 2020, at 10:00 a.m. with a final pretrial conference at 8:30 a.m. An additional pretrial conference shall be held September 9, 2020, at 9:00 a.m. The Court set a briefing schedule as follows: all additional motions shall be filed no later than July 10, 2020, with responses to be filed no later than July 24, 2020.

The new trial date, pretrial conference, and briefing schedule apply to both cause numbers.

After the conclusion of the teleconference, the Court's staff was advised that the CMS Conference Log indicated that Mr. Doll dialed in at 9:12 a.m.