UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>LUIS MANUEL FARIAS-CARDENAS,<br><br>Defendant. | No. 2:19-CR-00111-WFN-1<br><br>[PROPOSED] SCHEDULING ORDER RE: THIRD PARTY FORFEITURE CLAIMS |

Pending before the Court is the Government's Motion for Scheduling Order to Govern Third Party Forfeiture Claims. The Court, having reviewed the United States' Motion, the claim filed by Maria de J Farias (ECF No. 781); and, the claims by Juan and Nancy Aguilar (ECF No. 784), and the other papers and pleadings filed in this matter, hereby FINDS entry of an order setting a discovery schedule, a motions deadline, and a hearing date is appropriate. The Court may permit discovery and entertain motions related to a third-party claim pursuant to Fed. R. Crim. P. 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)-(6).

Accordingly, **IT IS ORDERED** that:

ORDER - 1

1)   The United States and Maria de J Farias may engage in discovery related to her third-party claim;

2)   The United States and Juan and Nancy Aguilar may engage in discovery related to their third-party claims;

3)   The discovery period shall end 120 days after entry of this Order;

4)   Thereafter, the parties shall file any dispositive motions no later than 30 days after the close of discovery; and,

5)   If necessary, an evidentiary hearing will be held at _____ on _____, 2021.

DATED this \_\_\_\_\_ day of April, 2021.

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2